AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Epps, Jr., Willie J. | U.S. District Court for the Western District of Missouri | 04/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full-Time) | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

80 Lafayette Street
Room 3108
Jefferson City, Missouri 65101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | The Missouri Bar Foundation |
| 2. Trustee Emeritus | Amherst College |
| 3. Director | National Conference of Federal Trial Judges, Judicial Division, American Bar Association |
| 4. Director | The Judges' Journal, Judicial Division, American Bar Association |
| 5. Director | Federal Bar Association-Kansas and Western District of Missouri Chapter |
| 6. Missouri State Committee Member | The Congressional Award |
| 7. Missouri State Committee Member | American College of Trial Lawyers |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | January 13-19, 2019 | Cambridge, Massachusetts | Teaching Faculty for Harvard Law School Trial Advocacy Workshop | Transportation, Meals, and Lodging |
| 2. | American Bar Association | January 25-27, 2019 | Las Vegas, Nevada | Attend ABA Mid-Year Meeting/ National Conference of Federal Trial Judges | Transportation, Meals, and Lodging |
| 3. | National Advocacy Center, U.S. Department of Justice | March 11-15, 2019 | Columbia, South Carolina | Teaching Faculty for Basic Criminal Trial Advocacy Seminar | Transportation, Meals, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Epps, Jr., Willie J.** | 04/11/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | American Bar Association | May 1-4, 2019 | New York, New York | Panelist/Speaker at ABA Tort Trial & Insurance Practice Section (TIPS) Conference | Transportation, Meals, and Lodging |
| 5. | Bar Association of Metropolitan St. Louis | May 30, 2019 | Lake Ozark, Missouri | Panelist/Speaker at Bench & Bar | Transportation and Meals |
| 6. | American Constitution Society | June 5-7, 2019 | Washington, D.C. | Attend Annual Meeting | Transportation, Meals, and Lodging |
| 7. | American Bar Association | August 8-14, 2019 | San Francisco, California | Attend Annual Meeting/ National Conference of Federal Trial Judges | Transportation, Meals, and Lodging |
| 8. | National Judicial College | August 18-23, 2019 | Reno, Nevada | Attend Designing & Presenting Programs Effectively: A Faculty Development Workshop | Transportation, Meals, and Lodging |
| 9. | American Constitution Society | September 20, 2019 | Chicago, Illinois | Speaker at Northwestern Law School | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    Trust #1 (H) | | | | | | | | | |
| 2.    -- Bank of America Cash Accounts | A | Interest | L | T | | | | | |
| 3.    -- E*TRADE Cash Accounts | A | Interest | L | T | | | | | |
| 4.    -- BLV Vanguard Long-Term Bond ETF | C | Interest | M | T | | | | | |
| 5.    -- BRK.B Berkshire Hathaway Common Stock | | None | M | T | | | | | |
| 6.    -- DIA SPDR Dow Jones Industrial Average ETF | E | Dividend | P1 | T | Donated (part) | | | | |
| 7.    -- DIS Walt Disney Company Common Stock | B | Dividend | M | T | | | | | |
| 8.    -- PG Proctor & Gamble Company Common Stock | B | Dividend | K | T | | | | | |
| 9.    -- VAW Vanguard Materials ETF | B | Dividend | M | T | | | | | |
| 10.    -- VBR Vanguard Small-Cap Value ETF | C | Dividend | M | T | | | | | |
| 11.    -- VCIT Vanguard Intermediate-Term Corporate Bond ETF | D | Dividend | N | T | | | | | |
| 12.    -- VDE Vanguard Energy ETF | A | Dividend | K | T | | | | | |
| 13.    -- VFH Vanguard Financials ETF | D | Dividend | N | T | | | | | |
| 14.    -- VGT Vanguard Information Technology ETF | A | Dividend | L | T | | | | | |
| 15.    -- VPL Vanguard FTSE Pacific ETF | B | Dividend | L | T | | | | | |
| 16.    -- VPU Vanguard Utilities ETF | E | Dividend | O | T | | | | | |
| 17.    -- VTI Vanguard Total Stock Market ETF | E | Dividend | P1 | T | Donated (part) | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- WBA Walgreens Boots Alliance Common Stock | A | Dividend | K | T | | | | | |
| 19. -- YUM Yum Brands Common Stock | A | Dividend | K | T | | | | | |
| 20. -- YUMC Yum China Holdings Common Stock | A | Dividend | J | T | | | | | |
| 21. -- NMANX Neuberger Berman Mid Cap Growth Mutual Fund | A | Int./Div. | J | T | | | | | |
| 22. -- NPRTX Neuberger Berman Large Cap Value Mutual Fund | A | Int./Div. | K | T | | | | | |
| 23. -- VFIAX Vanguard 500 Index Admiral Shares Mutual Fund | B | Int./Div. | L | T | | | | | |
| 24. IRA #1 (H) | | | | | | | | | |
| 25. -- DIA SPDR Dow Jones Industrial Average ETF | B | Dividend | L | T | | | | | |
| 26. -- T AT&T Common Stock | B | Dividend | K | T | | | | | |
| 27. -- VCLT Vanguard Long-Term Corporate Bond ETF | D | Dividend | M | T | | | | | |
| 28. -- VNQ Vanguard REIT ETF | E | Dividend | N | T | | | | | |
| 29. -- VTI Vanguard Total Stock Market ETF | B | Dividend | M | T | | | | | |
| 30. -- VWO Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | | | | | |
| 31. -- XOM Exxon Mobil Common Stock | A | Dividend | J | T | | | | | |
| 32. -- VFINX Vanguard 500 Index Investor Shares Mutual Fund | C | Int./Div. | M | T | | | | | |
| 33. -- E*TRADE Cash | A | Interest | K | T | | | | | |
| 34. IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -- TWCUX American Century Ultra Mutual Fund | C | Int./Div. | L | T | | | | | |
| 36. | IRA #3 (H) | | | | | | | | | |
| 37. | --VITSX Vanguard Total Stock Market Index I | A | Int./Div. | K | T | | | | | |
| 38. | -- VFWSX Vanguard FTSE All-World ex-US Index I | A | Int./Div. | K | T | | | | | |
| 39. | -- Edward Jones Balance Toward Growth Fund | A | Int./Div. | K | T | | | | | |
| 40. | IRA #4 (H) | | | | | | | | | |
| 41. | -- ABTIX American Century Govt Bond R5 | B | Int./Div. | L | T | Sold (part) | 11/18/19 | J | C | |
| 42. | -- MWTNX Metropolitan West Total Re Bd Admin | B | Int./Div. | L | T | Sold (part) | 11/18/19 | J | C | |
| 43. | -- OAKBX Oakmark Equity and Income Investor | B | Int./Div. | | | Sold | 09/25/19 | M | D | |
| 44. | -- SRJAX JP Morgan SmartRetirement 2035A | C | Int./Div. | | | Sold | 11/18/19 | N | E | |
| 45. | -- VEIRX Vanguard Equity-Income Adm | E | Int./Div. | O | T | Sold (part) | 11/18/19 | J | A | |
| 46. | -- VUSXX Vanguard Treasury Money Market Inv | B | Interest | L | T | | | | | |
| 47. | --- VBAIX Vanguard Balanced Index | A | Int./Div. | M | T | Buy | 09/25/19 | M | | |
| 48. | --- VPMAX Vanguard PRIMECAP | A | Int./Div. | M | T | Buy | 11/18/19 | M | | |
| 49. | --- VSCIX Vanguard Small Cap Index | A | Int./Div. | M | T | Buy | 11/18/19 | M | | |
| 50. | IRA #5 (H) | | | | | | | | | |
| 51. | -- AQEAX Columbia Disciplined Core CL | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | -- EEMAX Columbia Emerging Markets | A | Int./Div. | J | T | | | | | |
| 53. | -- VAW Vanguard Index FDS Materials ETF | B | Int./Div. | L | T | | | | | |
| 54. | -- E*TRADE Cash Account | A | Interest | K | T | | | | | |
| 55. | IRA #6 (H) | | | | | | | | | |
| 56. | -- SSCVX Columbia Select Smaller-Cap Value A | A | Int./Div. | J | T | | | | | |
| 57. | Ameriprise VUL (H) | | | | | | | | | |
| 58. | -- Columbia VP Select International Equity Fund CL3 | A | Int./Div. | K | T | | | | | |
| 59. | -- Goldman Sachs VIT US Equity Insights Fund | A | Int./Div. | L | T | | | | | |
| 60. | -- Goldman Sachs VIT Mid Cap Value Fund | A | Int./Div. | L | T | | | | | |
| 61. | -- Third Ave Value Portfolio | A | Int./Div. | K | T | | | | | |
| 62. | 529 Account #1 (H) | | | | | | | | | |
| 63. | -- Vanguard Agressive Growth Portfolio | A | Int./Div. | M | T | | | | | |
| 64. | 529 Account #2 (H) | | | | | | | | | |
| 65. | -- Vanguard Agressive Growth Portfolio | A | Int./Div. | L | T | | | | | |
| 66. | Optum HSA Cash Account #2 | A | Interest | K | T | | | | | |
| 67. | Optum HSA Cash Account | A | Interest | K | T | | | | | |
| 68. | Western Sun Federal Credit Union Cash Accounts | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Pentagon Federal Credit Union Cash Accounts | A | Int./Div. | L | T | | | | | |
| 70. | United States Senate Federal Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 71. | Custodian UTMA/UGMA (H) | | | | | | | | | |
| 72. | -- DIA SPDR Dow Jones Industrial Average ETF | A | Dividend | J | T | Buy | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Epps, Jr., Willie J. | 04/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Willie J. Epps, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544